# Court of Appeals
# of the State of Georgia

ATLANTA,   July 27, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2069.  ROMAN A. DOMINGUEZ v. STATE OF GEORGIA**

Appellant has filed a Motion To Remand this case to the trial court so that he would be able to raise a claim of ineffective assistance of counsel at the earliest "practicable opportunity".  The State concedes that the required "earliest practicable" opportunity occurred only after Appellant's appeal had been docketed with this Court.

Therefore, it is hereby ordered that Appellant's Motion To Remand is GRANTED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   07/27/2015

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*